# EXHIBIT A



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Kanye West on Cloud 9 after birth of third child!
Search Results: Displaying 1 of 1 entries



### *Kanye West on Cloud 9 after birth of third child! - set number BGUS_1111968...*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002099552 / 2018-04-17 |
| **Application Title:** | Kanye West on Cloud 9 after birth of third child! - set number BGUS_1111968 - 14 images |
| **Title:** | Kanye West on Cloud 9 after birth of third child! - set number BGUS_1111968 - 14 images. [Group registration of published photographs. 14 photographs. 2018-01-17 to 2018-01-17] |
| **Description:** | 14 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Hwy, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2018 |
| **Publication Date Range:** | 2018-01-17 to 2018-01-17 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Hakop Arshakyan; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|  | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2018 (14 photographs): 10333915, 10333916, 10333917, 10333918, 10333919, 10333920, 10333921, 10333922, 10333923, 10333924, 10333925, 10333926, 10333927, 10333928 |
| **Names:** | Arshakyan, Hakop |
|  | BackGrid USA, Inc. |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format [Full Record ▼]  Format for Print/Save |
| Enter your email address: [_____]  Email |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



> Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *EXCLUSIVE* Kendall Jenner and Travis Scott are spotted out and about in
Search Results: Displaying 1 of 1 entries

### *EXCLUSIVE* Kendall Jenner and Travis Scott are spotted out and about in...

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002234781 / 2021-01-13 |
| **Application Title:** | *EXCLUSIVE* Kendall Jenner and Travis Scott are spotted out and about in Aspen! - set number BGUS_2053049 - 16 images |
| **Title:** | *EXCLUSIVE* Kendall Jenner and Travis Scott are spotted out and about in Aspen! - set number BGUS_2053049 - 16 images. [Group registration of published photographs. 16 photographs. 2021-01-01 to 2021-01-01] |
| **Description:** | 16 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2021 |
| **Publication Date Range:** | 2021-01-01 to 2021-01-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Julio Toledo; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2021 (16 photographs): 29959210, 29959209, 29959208, 29959207, 29959206, 29959205, 29959204, 29959203, 29959202, 29959201, 29959200, 29959199, 29959198, 29959197, 29959196, 29959195 |
| **Names:** | Toledo, Julio<br>BackGrid USA, Inc. |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format [Full Record ▼] [Format for Print/Save] |
| Enter your email address: [_____] [Email] |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

# Copyright
United States Copyright Office

**The Library's catalogs are currently affected by performance issues. Staff are investigating the problem. We apologize for any inconvenience to our users.**

Help | Search | History | Titles | Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *EXCLUSIVE* Kanye West debuts his fresh hairstyle!
Search Results: Displaying 1 of 1 entries

[previous] [next]

**Labeled View**

***\*EXCLUSIVE\* Kanye West debuts his fresh hairstyle! - set number...***

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002150365 / 2019-04-24 |
| **Application Title:** | *EXCLUSIVE* Kanye West debuts his fresh hairstyle! - set number BGUS_1467212 - 15 images |
| **Title:** | *EXCLUSIVE* Kanye West debuts his fresh hairstyle! - set number BGUS_1467212 - 15 images. [Group registration of published photographs. 15 photographs. 2019-01-25 to 2019-01-25] |
| **Description:** | 15 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2019 |
| **Publication Date Range:** | 2019-01-25 to 2019-01-25 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Hakop Arshakyan; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.<br><br>Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in January 2019 (15 photographs): 18593558, 18593559, 18593560, 18593561, 18593562, 18593563, 18593564, 18593565, 18593566, 18593567, 18593568, 18593569, 18593570, 18593571, 18593572 |
| **Names:** | Arshakyan, Hakop<br>BackGrid USA, Inc. |

[previous] [next]

**Save, Print and Email (Help Page)**

Select Download Format [Full Record ▼] [Format for Print/Save]

Enter your email address: [_____] [Email]

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *EXCLUSIVE* Drake drops the top on his Maybach in Calabasas
Search Results: Displaying 1 of 1 entries



***EXCLUSIVE* Drake drops the top on his Maybach in Calabasas - set number...**

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002102547 / 2018-05-09 |
| **Application Title:** | *EXCLUSIVE* Drake drops the top on his Maybach in Calabasas - set number BGUS_1191162 - 35 images |
| **Title:** | *EXCLUSIVE* Drake drops the top on his Maybach in Calabasas - set number BGUS_1191162 - 35 images. [Group registration of published photographs. 35 photographs. 2018-04-01 to 2018-04-01] |
| **Description:** | 35 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2018 |
| **Publication Date Range:** | 2018-04-01 to 2018-04-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Mike Kamara; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in April 2018 (35 photographs): 11768454, 11768565, 11768566, 11768567, 11768568, 11768569, 11768570, 11768571, 11768572, 11768573, 11768574, 11768575, 11768576, 11768577, 11768578, 11768579, 11768580, 11768581, 11768582, 11768583, 11768584, 11768585, 11768586, 11768587, 11768588, 11768589, 11768590, 11768591, 11768592, 11768593, 11768594, 11768595, 11768596, 11768597, 11768598 |
| **Names:** | Kamara, Mike |
| | BackGrid USA, Inc. |

| Save, Print and Email (Help Page) |
|---|
| Select Download Format: Full Record  [Format for Print/Save] |
| Enter your email address: [          ] [Email] |

Help   Search   History   Titles   Start Over

Contact Us  | Request Copies  | Get a Search Estimate  | Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  | Library of Congress Home Page