EXHIBIT B

Case: 1:21-cv-05933 Document #: 4-2 Filed: 01/20/22 Page 2 of 12 PageID #:46



Instagram

Log In    Sign Up



**modernnotoriety** • Follow

**modernnotoriety** New Ye haircut alert 💇

Load more comments

**jonbdatu** @gemmaharris

**salbonifacio** Better than maga hat

**caldreezy** Stretch marks on his fat ass

**jekickstar** Only person I've seen with this many cuts in their hair in a while has been @badbunnypr

**johnnyred4g** What a kid

**adrianmacapobre** kanye v2

**veleonii** He has always done some crazy hair design thass been them. This is fly.

**burban.k** What the fuck

**leonardo.chop** This nigga really got yeezy design in his head. 😂😂😂😂

**raphaellz_m** Weak

**3,364 likes**

11 HOURS AGO

Log in to like or comment.

Log In to Instagram
Log in to see photos and videos from friends and discover other accounts you'll love.

Log In
Sign Up



ADIDAS  NIKE  YEEZY  AIR JORDAN  SHOP  CONTACT  THROUGH THE LENS

Home > Adidas > Drake Spotted Wearing Adidas x Reigning Champ Ultra Boost

Adidas

# Drake Spotted Wearing Adidas x Reigning Champ Ultra Boost

By Oscar Castillo — Apr 2, 2018

Like 0

Facebook    Twitter



Rumors of Drake moving onto the Three Stripes is starting to become truer by the week, as the Toronto rapper was recently seen in a pair of Reigning Champ Ultra Boosts. Another member of his entourage was also seen wearing a pair of the adidas Yeezy Boost 350 V2 "Cream", which could mean we'll be seeing more of adi x ovo in the future. Let us know your thoughts in the comments section.



SOURCE  Source
TAGS    adidas   adidas ultraboosts   Drake

Oscar Castillo

Third World Born Chicagoan pursuing all things pursuable. Follow me on IG: @oscar_castillo

RELATED ARTICLES    MORE FROM AUTHOR



AriZona Iced Tea x adidas Superstar Collection Release Info



adidas YEEZY BOOST 700 "Sun" Release Info



adidas offers the Forum 84 Low in Beige and OG Blue

## LEAVE A REPLY

Comment:

Name:

Email:

Website:

☐ Save my name, email, and website in this browser for the next time I comment.

Post Comment

This site uses Akismet to reduce spam. Learn how your comment data is processed.

FACEBOOK    INSTAGRAM    TWITTER    YOUTUBE

© Copyright 2013 - Modern Notoriety Inc.

Privacy policy    Advertising    Contact us

Ad

1,022,663  Fans          LIKE
744,120  Followers        FOLLOW
94,700  Followers         FOLLOW
1,460  Subscribers        SUBSCRIBE

### Recent Posts

BAPE and Levi's Team Up for a Global Collection

Detailed Look at the Nike SB Dunk High "Vegan Beef & Broccoli"

The Air Jordan 11 Low "Citrus" Returns in May 2021

AriZona Iced Tea x adidas Superstar Collection Release Info

Detailed Look at the Nike Dunk Low "Free .99" Pack













ADIDAS

# Kanye West Unveils New adidas Yeezy Boost 700 Wave

By Oscar Castillo · Jan 18, 2018



Ad



It's been awhile since we've seen photos of Kanye West in public but recently, he's been spotted in a handful of upcoming colorways of the adidas Yeezy Boost 700. Seen here is the adidas Yeezy Boost 700 sneaker featuring a white upper with hits of silver. It's the first time since we've seen this colorway, meaning we'll probably be seeing more in the future.

Let us know if you're feeling this colorway in the comments section below.





TAGS    adidas Yeezy Boost 700    Kanye West



**Oscar Castillo**

Third World Born Chicagoan pursuing all things pursuable. Follow me on IG: @oscar_castillo

---

**RELATED ARTICLES    MORE FROM AUTHOR**



adidas YEEZY BOOST 700 "Sun" Release Info



The YEEZY 500 "Utility Black" Returns Cyber Monday



adidas YEEZY 700 V3 "Safflower" Release Info

## LEAVE A REPLY

Comment:

Name:

Email:

Website:

☐ Save my name, email, and website in this browser for the next time I comment.

Post Comment

This site uses Akismet to reduce spam. Learn how your comment data is processed.

---

FACEBOOK    INSTAGRAM    TWITTER    YOUTUBE

© Copyright 2019 - Modern Notoriety Inc.    Privacy policy    Advertising    Contact us

**Modern Notoriety**
@ModernNotoriety

Unreleased Cactus Jack Air Jordan 1 Lows spotted on Travis Scott 👀

7:19 PM · Jan 1, 2021 · Twitter Web App

**58** Retweets   **4** Quote Tweets   **681** Likes

**Von** @Erikvongohren · Jan 1
Replying to @ModernNotoriety
😳

**Big T** @TBreischaft · Jan 1
Replying to @ModernNotoriety
Dawg 🔥🔥🔥

Search Twitter

**Relevant people**

**Modern Notoriety**
@ModernNotoriety                    Follow
Sneaker, Streetwear, Culture News. BLM. Media inquiries can be sent to: info@modernnotoriety.com

**What's happening**

Politics · 1 hour ago
**VP Pence's office makes it official that he will attend the inauguration**
Trending with #Inauguration2021 46

Politics · Trending
**Biden's DHS**
20.4K Tweets

Politics · Trending
**#ByeByeTrump**
18K Tweets

COVID-19 · LIVE
**COVID-19: News and updates for California**
CA

Los Angeles ... · January 15, 2021
**Federal rent relief is coming. Here's what to expect in California**

Show more

Messages



