**NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MODERN NOTORIETY INC., an Illinois corporation; OSCAR CASTILLO, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No. 21-CV-5933**<br>Honorable Virginia M. Kendall<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE**<br><br>Complaint Filed: November 5, 2021 |

**THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Plaintiff Backgrid USA, Inc. and Defendants Modern Notoriety, Inc., and Oscar Castillo have reached a settlement-in-principle in the above captioned action. The settlement agreement has been executed and the parties are waiting for the defendants to satisfy certain conditions of the agreement prior to dismissal. Plaintiff anticipates filing a dismissal of this action within 95 days.

Dated: May 10, 2022            **ONE LLP**

By: /s/ Joanna Ardalan
Joanna Ardalan (Admitted Pro Hac Vice)
Peter R. Afrasiabi

*Attorneys for Plaintiff,*
Backgrid USA, Inc.